United States District Court

Eastern District of Louisiana

Schwab

v.                                              CIVIL ACTION NO. 2:00-cv-00002
                                                                       N(4)
Jefferson

   The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

   Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

   (1) A list of all parties still remaining in this action;

   (2) Copies of all pleadings, including answers, filed by those parties in state court; and

   (3) Copies of the return on service of process on those parties filed in state court.

   New Orleans, Louisiana, January 5, 2000.

                                           By Direction of the Court

                                           LORETTA G. WHYTE, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 JAN -3  P 3: 29

LORETTA G. WHYTE
       CLERK
```

| | | |
|---|---|---|
| **SHANE SCHWAB** | * | CIVIL ACTION |
| | * | |
| | * | NO. **00-0002** |
| **VERSUS** | * | |
| | * | **SECT. N MAG. 4** |
| **ANDREA G. JEFFERSON,** | * | |
| **WILLIAM J. JEFFERSON,** | * | |
| **AND STATE FARM MUTUAL** | * | SECTION |
| **AUTOMOBILE INSURANCE CO.** | * | |
| | * | |

* * * * * * * * * * * * * * *

## NOTICE OF REMOVAL

Andrea G. Jefferson, William J. Jefferson and State Farm Mutual Automobile Insurance Company (herein refered to as Defendants) file this Notice of Removal and say:

1.

On November 24, 1999 suit was filed against Defendants, in the Civil District Court for the Parish of Orleans, State of Louisiana, bearing Docket No. 99-19089, Division "D," entitled "Shane Schwab versus Andrea G. Jefferson, William J. Jefferson and State Farm Insurance Company."

2.

On December 3, 1999, the subject lawsuit was served on the Secretary of State, in Baton Rouge, Louisiana, as the registered agent for defendant, State Farm (Exhibit No. 1 – Secretary of State Service of Process Transmittal letter to State Farm). This Notice of Removal was filed within thirty (30) days of service on defendant of the initial pleadings and is therefore timely under 28 U.S.C. §1446(b).

```
___ Fee  150.00
___ Process
 X  Dktd  ØRF
___ CtRmDep
    Doc.No. 1
```

3.

This action is one of a civil nature, seeking damages allegedly sustained by Shane Schwab arising out of an accident, which occurred on or about November 30, 1998, while he was operating a 1991 Chevrolet Cavalier in the Parish of Orleans. Plaintiff alleges that as a result of the subject accident, he sustained "severe and grievous injury to body and mind" and is entitled to "past, present and future loss wages, past, present and future medical expenses; past, present and future pain and suffering and residual disability." (*See* Paragraphs VII and VIII of Plaintiff's Petition for Damages attached herein as Exhibit No. 2).

4.

This Court has original jurisdiction over this action under 28 U.S.C. §1332 in that it is a civil action wherein the amount in controversy exceeds $75,000, exclusive of interest and costs and the suit is between citizens of different states, and is therefore removable pursuant to 28 U.S.C. §1441 *et seq*. As further support of this representation, State Farm attaches a copy of plaintiff counsel's settlement demand letter dated March 2, 1999, in which plaintiff's counsel is willing to settle the case for full policy limits of $100,000, although State Farm denies liability to Plaintiff in any amount whatsoever. (Exhibit No. 3).

5.

At the time of the filing of this suit, plaintiff, Shane Schwab, was a person of the full age of majority and domiciled in Wintersville, Ohio. (*See* Paragraph I of Plaintiff's Petition for Damages attached herein as Exhibit No. 2).

6.

Plaintiff named Andrea G. Jefferson and William J. Jefferson, as defendants, and alleges that State Farm provided liability insurance to Andrea G. Jefferson and William J. Jefferson for

damages allegedly sustained in the subject accident. (*See* Paragraph II and III of Plaintiffs' Petition for Damages attached herein as Exhibit No. 2).

7.

Andrea G. Jefferson is a person of the full age of majority and domiciled in Parish of Orleans, State of Louisiana.

8.

William J. Jefferson is a person of the full age of majority and domiciled in the Parish of Orleans, State of Louisiana.

9.

State Farm Mutual Automobile Insurance Company is a foreign corporation formed under the laws of the State of Illinois whose principal place of business is Bloomington, Illinois. State Farm also takes on the domicile of its insured in this given case and is therefore also domiciled in the Parish of Orleans, State of Louisiana. 28 U.S.C. §1332(c)(1).

10.

This suit is between citizens of different states, and complete diversity of citizenship exists for the purposes of jurisdiction under 28 U.S.C. §1332.

11.

State Farm has not filed an appearance in the State Court proceedings, and the thirty-day period during which State Farm might file this Notice of Removal to Federal Court has not elapsed.

12.

Defendants will supplement this Notice of Removal within 10 days of filing to attach to a copy of the entire state court record. That record indicates the date that any process, pleadings,

and orders appearing therein were served on the parties and a list of all remaining parties pursuant to 28 U.S.C. 1447(b).

**WHEREFORE**, Defendants pray for removal of this lawsuit from Civil District Court for the Parish of Orleans, State of Louisiana to this Honorable Court, for a trial on the merits before a jury, and for the stay of all future proceedings in the State Court because of this removal.

Respectfully submitted:

_____
SIDNEY J. ANGELLE (#1002)
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292 FAX (504) 586-1290
**Attorney for Andrea G. Jefferson,
William J. Jefferson and State Farm Mutual
Automobile Insurance Company**

## CERTIFICATE OF SERVICE

I certify that a copy of this Notice of Removal has been served upon all parties, by placing a copy of the same in the United States mail, postage prepaid.

This 23rd day of December, 1999, New Orleans, Louisiana.