UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 14  P 2: 02

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| SHANE SCHWAB | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0002 |
| VERSUS | * | |
| | * | |
| ANDREA G. JEFFERSON, | * | |
| WILLIAM J. JEFFERSON, | * | |
| AND STATE FARM MUTUAL | * | SECTION:"N" MAG.4 |
| AUTOMOBILE INSURANCE CO. | * | |
| | * | |

* * * * * * * * * * * * * * * *

## MOTION TO CONTINUE PRELIMINARY CONFERENCE

**NOW INTO COURT**, through undersigned counsel, come Andrea G. Jefferson, William J. Jefferson and State Farm Mutual Automobile Insurance Company ("Movers"), who respectfully request that the PRELIMINARY CONFERENCE be CONTINUED to a date available to all parties. In support of its Motion, Movers respectfully aver as follows:

I.

The PRELIMINARY CONFERENCE of the above entitled and numbered matter is fixed for March 21, 2000 at 11:00 a.m., pursuant to a Notice issued by this Honorable Court on March 2, 2000;

II.

Sidney J. Angelle, trial counsel of record for mover, is required to attend trial on March 21, 2000 at 9:30 a.m. in the 24th Judicial District Court for the Parish of Jefferson, Division "E", entitled Robert Wilson, et al vs. Albert Aucoin, et al, No. 519-197;

DATE OF ENTRY

MAR 1 6 2000

III.

Furthermore, there is no other attorney in Sidney J. Angelle's office that is authorized to enter into any necessary agreements which would come up during the conference;

IV.

Due to the scheduling conflict, Movers request that this Honorable Court Continue the PRELIMINARY CONFERENCE to a date agreeable to all parties;

V.

Furthermore, plaintiff's counsel has no objection to the continuance of the PRELIMINARY CONFERENCE.

Respectfully submitted,

_____
SIDNEY J. ANGELLE, #1002
CHRISTOPHER NIELSON, #25806
LOBMAN, CARNAHAN, BATT,
ANGELLE & NADER
THE TEXACO CENTER, SUITE 2300
400 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130
(504) 586-9292 FAX (504) 586-1290

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANE SCHWAB | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0002 |
| VERSUS | * | |
| | * | |
| ANDREA G. JEFFERSON, | * | |
| WILLIAM J. JEFFERSON, | * | |
| AND STATE FARM MUTUAL | * | SECTION:"N" MAG.4 |
| AUTOMOBILE INSURANCE CO. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the above and foregoing MOTION TO CONTINUE of defendants, Andrea G. Jefferson, William J. Jefferson and State Farm Mutual Automobile Insurance Company, requesting that the PRELIMINARY CONFERENCE of this matter originally set for March 21, 2000 at 11:00 a.m. in United States District Court, Eastern District of Louisiana, Section "N" be CONTINUED to April 6, 2000, at 10:30am.

IT IS ORDERED, ADJUDGED, AND DECREED that the Preliminary Conference in this matter be CONTINUED to April 6, 2000 at 10:30am in United States District Court, Eastern District of Louisiana, Section "N".

New Orleans, Louisiana, this 15 day of March, 2000.

_____
DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 14th day of March, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_/s/ [signature]_