```
              FILED
       U.S. DISTRICT COURT
      EASTERN DISTRICT OF LA

       2000 SEP -5 PM 3:47
        LORETTA G. WHYTE
              CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANE SCHWAB | * | CIVIL ACTION |
| VERSUS | * | NO. 00-2 |
| ANDREA G. JEFFERSON, et al. | * | SECTION "N" |

ORDER

Because the Court finds no reason that plaintiff Shane Schwab cannot proceed with trial on October 30, 2000, plaintiff's Motion to Continue Trial is DENIED.

New Orleans, Louisiana, this 5 day of Sept., 2000.

                                    _____
                                    EDITH BROWN CLEMENT
                                    UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
SEP  6 2000