UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SHANE SCHWAB | * | CIVIL ACTION |
| | * | |
| | * | NO. 00-0002 |
| VERSUS | * | |
| | * | |
| ANDREA G. JEFFERSON, | * | |
| WILLIAM J. JEFFERSON, | * | |
| AND STATE FARM MUTUAL | * | SECTION:"N" MAG.4 |
| AUTOMOBILE INSURANCE CO. | * | |
| | * | |

* * * * * * * * * * * * * * *

## MOTION FOR AND JUDGMENT OF DISMISSAL

**ON MOTION** of plaintiff, SHANE SCHWAB, appearing herein through undersigned counsel, and on suggesting to this Honorable Court that the above entitled and numbered cause has been amicably settled and fully compromised, moves that same be dismissed, with full prejudice, each party to bear their own costs;

**IT IS ORDERED, ADJUDGED AND DECREED** that the above entitled and numbered cause be and the same is hereby dismissed, with full prejudice, each party to bear their own costs;

**JUDGMENT READ, RENDERED AND SIGNED** at New Orleans, Louisiana, on this 6th day of October, 2000.

_____
JUDGE

_____
John E. Bombardier (Bar #24304)
8428 Oak Street
New Orleans, LA
Attorney for the Plaintiff

DATE OF ENTRY
OCT 1 0 2000

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 2 day of October, 2000, a copy of the foregoing has been forwarded to all counsel of record by depositing a copy of same on counsel for all parties to this proceeding by mailing the same by United States mail, properly addressed, and first class postage pre-paid.

*/s/ John E. Ball*